```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| LEROY WIGGINS, | : | CIVIL ACTION |
| a/k/a STERLING CHAVIS, | : | NO. 15-3889 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| THE ATTORNEY GENERAL OF THE | : | |
| STATE OF PENNSYLVANIA, et al. | : | |
| | : | |
| Respondents. | : | |

### O R D E R

**AND NOW,** this **21st** day of **December, 2016,** after reviewing the Report and Recommendation of United States Magistrate Henry S. Perkin (ECF No. 10) and Petitioner's objections thereto (ECF No. 16), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

      1.   The Report and Recommendation (ECF No. 10) is **APPROVED** and **ADOPTED;**

      2.   Petitioner's objections to the Report and Recommendation (ECF No. 16) are **OVERRULED;**

      3.   The Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1) is **DENIED** and **DISMISSED with prejudice;**

      4.   A certificate of appealability shall **NOT** issue; and

      5. The Clerk of Court shall mark this case as **CLOSED**.

**AND IT IS SO ORDERED.**

<u>/s/ Eduardo C. Robreno</u>
**EDUARDO C. ROBRENO, J.**